Same case below, 336 Fed. Appx. 163.

No. 10-701. Frank S. Evanson, et al., Petitioners v. Sara R. Reedy.

562 U.S. 1256, 131 S. Ct. 1571, 179 L. Ed. 2d 474, 2011 U.S. LEXIS 1893.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 615 F.3d 197.

No. 10-830. Diane Grant-Boesen, Petitioner v. Virginia Employment Commission, et al.

562 U.S. 1256, 131 S. Ct. 1571, 179 L. Ed. 2d 474, 2011 U.S. LEXIS 1714.

February 28, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-833. Osama Eldeeb, Petitioner v. AlliedBarton Security Services, L.L.C., et al.

562 U.S. 1256, 131 S. Ct. 1571, 179 L. Ed. 2d 474, 2011 U.S. LEXIS 1756.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 393 Fed. Appx. 877.

No. 10-841. Vaughan Roofing & Sheet Metal, LLC, Petitioner v. Antonio Garcia Rodriguez.

562 U.S. 1256, 131 S. Ct. 1572, 179 L. Ed. 2d 474, 2011 U.S. LEXIS 1851.

February 28, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Third Circuit, denied.

Same case below, 38 So. 3d 511, 38 So. 3d 526, and 38 So. 3d 527.

No. 10-842. Cleveland Construction, Inc., Petitioner v. City of Cincinnati, Ohio.

562 U.S. 1256, 131 S. Ct. 1572, 179 L. Ed. 2d 474, 2011 U.S. LEXIS 1841.

February 28, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

No. 10-843. Wayne Alarie, et al., Petitioners v. Sheldon L. Miller, et al.

562 U.S. 1256, 131 S. Ct. 1572, 179 L. Ed. 2d 474, 2011 U.S. LEXIS 1725.

February 28, 2011. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 488 Mich. 883, 788 N.W.2d 458.

No. 10-847. William Thaddeus Turner, Petitioner v. Florida.

562 U.S. 1256, 131 S. Ct. 1573, 179 L. Ed. 2d 474, 2011 U.S. LEXIS 1793.

February 28, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 46 So. 3d 568.